**Nathaniel J. FAUBER, Plaintiff—Appellant,**

v.

**VIRGINIA ARMY NATIONAL GUARD; State of Virginia; United States of America; Salem Veterans Hospital, Defendants—Appellees.**

No. 09–1831.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 10, 2009.

Decided: Sept. 14, 2009.

Nathaniel J. Fauber, Appellant Pro Se. Christy Monolo, Office of the Attorney General of Virginia, Richmond, Virginia, Rick A. Mountcastle, Office of the United States Attorney, Roanoke, Virginia, for Appellees.

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel J. Fauber appeals the district court's order denying his motion to reconsider the district court's previous order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fauber v. Virginia Army Nat'l Guard,* No. 5:08–cv–00068–jct (W.D.Va. filed June 30, 2009; entered July 2, 2009).* We dispense with

---

\* To the extent Fauber seeks to appeal the district court's order of April 13, 2009 granting the Appellees' respective motions to dismiss and quash, the appeal is clearly untimely. *See* Fed. R.App. P. 4(a)(1).